Bryant C. Boren, Jr., Attorney, Kevin Cadwell, Attorney, Baker Botts, LLP, Palo Alto, CA, Robert Lawrence Maier, Attorney, Jennifer Cozeolino Tempesta, Attorney, Baker Botts, LLP, New York, NY, Kurt M. Pankratz, Attorney, Baker Botts, LLP, Dallas, TX, for Defendants-Appellees.

## ORDER

Richard A. Williamson moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

Alexander V. Sverdlov, Esq., Trial Attorney, Department of Justice, Nathaniel J. Halvorson, Attorney, Department of Commerce Office of the Chief Counsel for Import Administration, David Fishberg, Attorney Advisor, Neal J. Reynolds, Esq., Assistant General Counsel, International Trade Commission Office of the General Counsel, Washington, DC, for Defendants-Appellees.

## ORDER

Upon consideration of appellant's unopposed motion to dismiss the appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

**DIAMOND SAWBLADES MANUFACTURERS' COALITION,**
Plaintiff–Appellant,

v.

**DEPARTMENT OF COMMERCE and International Trade Commission,**
Defendants–Appellees.

No. 2014–1367.

United States Court of Appeals, Federal Circuit.

May 22, 2014.

Daniel B. Pickard, Maureen E. Thorson, Wiley Rein, LLP, Washington, DC, for Plaintiff-Appellant.

**MOTOROLA MOBILITY LLC (formerly known as Motorola Mobility, Inc.), Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Apple Inc., Intervenor.**

No. 2013–1417.

United States Court of Appeals, Federal Circuit.

May 22, 2014.